1   MICHELE A. KIRALY, ESQ.
    Nevada Bar No. 5036
2   RANDA REIFF SHEA, ESQ.
    Nevada Bar No. 2475
3   PATTON, SHEA & KIRALY, P.C.
4   3016 W. Charleston Blvd., Ste. 195
    Las Vegas, Nevada 89102
5   *Telephone: (702) 870-6790*
    *Facsimile: (702) 870-7490*
6   rshea@psklawfirm.com
7       -and-
    BRUCE W. AKERLY, ESQ.
8   Texas Bar. No. 00953200
9   CANTEY HANGER LLP
    1999 Bryan Street, Suite 3330
10  Dallas, Texas 75291
    *Telephone: (214) 978-4129*
11  *Facsimile: (214) 978- 4150*
    bakerly@canteyhanger.com
12  (Application to Appear Pro Hac Vice Pending or to be Pending Shortly)
13  Attorneys for Plaintiff Combs Produce Co., LP

14  Attorneys for Plaintiffs

15                UNITED STATES DISTRICT COURT
16                    DISTRICT OF NEVADA
17
18  COMBS PRODUCE CO., LP,          ) CASE NO. 2:10-cv-01523
                                    )
19                  Plaintiff,      )
                                    )
20  vs.                            )
                                    )
21  CAL-USA BROKERS, INC.; AND     )
22  HARRY MANETTAS,                )
                                    )
23                  Defendants.     )
                                    )
24  _____)

25              **TEMPORARY RESTRAINING ORDER**

26      Before the Court is the Complaint of Plaintiff COMBS PRODUCE CO., LP ("**Combs**"), as

27  well as Combs' Ex Parte Motion for Temporary Restraining Order.  Having considered the

28  pleadings, affidavits, briefs, and oral and written arguments of counsel, if any, the Court makes the

EXHIBIT " 3 "

following findings:

1.      Combs has shown a substantial likelihood of success on the merits of its claim against Defendants CAL-USA BROKERS, INC. and HARRY MANETTAS ("**Defendants**");

2.      Combs has shown that substantial harm will result to Combs if a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure is not granted;

3.      The benefits of issuing a temporary restraining order outweigh the harm which might be caused to Defendants; and

4.      The issuance of a temporary restraining order will not be adverse to the public interest.

5.      Sufficient grounds in the breaking off by CAL-USA BROKERS, INC. And HARRY MANETTAS have been shown of what had been regular contact between the parties to justify the issuance of this order without notice.

Therefore, it is ORDERED that Defendants, their officers, directors, employees, agents, representatives and assigns, shall immediately place into a segregated interest-bearing account, to be established at a nationally chartered banking institution, any and all proceeds, cash or other funds (to be designated the "CAL-USA PACA Trust Fund Account"), which are:

(a)     presently in the possession of Defendants, actual or constructive; and/or

(b)     which come into the possession, actual or constructive, of Defendants in the future, resulting from the sale of perishable agricultural commodities or products thereof, as defined by the terms of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. 499a, *et seq.* ("**PACA**") and regulations promulgated thereunder, and/or represented by Defendants' accounts receivable and/or the sale, transfer, liquidation or other disposition of any inventory-on-hand or the disposition of any perishable agricultural commodity or product thereof which may come into Defendants' possession after the date this order is signed. The Cal-USA PACA Trust Fund Account

1    shall remain in effect until such time as this Court orders otherwise.

2         It is further ORDERED that, within three (3) business days from the date this order is signed,

3

4    Defendants shall serve on counsel for Combs, (a) satisfactory evidence of the establishment and

5    funding of the CAL-USA PACA Trust Fund Account and shall file and served on Combs's counsel

6    monthly statements, if necessary, relating to the CAL-USA PACA Trust Fund Account which

7    identify the balance of the account and deposits made thereto, (b) a current accounts payable ledger,

8    and (c) a current accounts receivable ledger (with aging). Defendants shall also provide Combs with

9

10    access to its business and financial records including but not limited to banking and financial

   records.

11

12         It is further ORDERED that Defendants, their officers, directors, employees, agents,

13    representatives, and assigns, and financial institutions and banks where Defendants maintain

14    accounts of any kind or nature, who receive notice of this Order, shall be and are hereby immediately

15    enjoined from (a) withdrawing any amounts from the CAL-USA PACA Trust Fund Account for any

16

17    purpose, (b) pledging, assigning, transferring or otherwise encumbering any amounts in the CAL-

18    USA PACA Trust Fund Account, and (c) taking any action which may constitute the transfer,

19    pledging, assigning, or otherwise encumbering PACA Trust assets (including those amounts required

20    to be placed into the CAL-USA PACA Trust Fund Account) without first notifying Combs' counsel

21    and obtaining approval from the Court.

22         It is further ORDERED that this Temporary Restraining Order shall expire at 5:00 o'clock

23

24    p.m. on  9/14 , 2010, unless it is further extended by the Court. A final hearing on this matter is set

25    for  September 14,           , 2010, at o'clock 9:30 AM

26         The Court further finds that no bond shall be required to effectuate this Temporary

27    Restraining Order.

28         This temporary restraining order shall not constitute a waiver by any party of their right to

1 │ assert any claim or defense in this adversary action.

2 │         DATED: _September 8, 2010_____

3

4

5 │                                    UNITED STATES DISTRICT JUDGE

6

7 │ Submitted by:

8 │ PATTON, SHEA & KIRALY, P.C.

9

10 │ _____

11 │ MICHELE A. KIRALY, ESQ.
   │ RANDA REIFF SHEA, ESQ.

12 │ 3016 W. Charleston Blvd., Ste. 195
   │ Las Vegas, Nevada 89102

13 │         -and-
   │ BRUCE W. AKERLY, ESQ.

14 │ Texas Bar. No. 00953200

15 │ CANTEY HANGER LLP
   │ 1999 Bryan Street, Suite 3330

16 │ Dallas, Texas 75291
   │ Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28