IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | | |
|---|---|---|
| COMBS PRODUCE CO., LP | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.: |
| | § | 2-10-cv-1523-PMP-RJJ |
| CAL-USA BROKERS, INC. AND | § | |
| HARRY MANETTAS, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING
MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF MONEY
FROM PACA TRUST BANK ACCOUNT AND TO CLOSE ACCOUNT**

Before the Court is Plaintiff COMBS PRODUCE CO., LP.'s ("**Combs**") *Motion For Order Authorizing Withdrawal of Money From PACA Trust Account and to Close Account* ("**Motion**"). Having considered the Motion and believing it to be well-taken, the Court is of the opinion that the following Order should be entered:

Accordingly, it is ORDERED as follows:

1. The Motion shall be and is hereby GRANTED.

2. Combs shall be and is hereby authorized to the funds withdraw all funds on deposit in the PACA Trust Account (as defined in the Motion) and Bank of Texas shall be and is hereby directed to release the funds in the PACA Trust Account to Combs. Combs shall be and is herby entitled to then close the PACA Trust Account.

Signed this _ 9th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF MONEY
FROM PACA TRUST BANK ACCOUNT AND TO CLOSE ACCOUNT – Page 1