**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMBS PRODUCE CO, LP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-01523-PMP-RJJ |
| v. ) | |
| ) | ORDER TO QUASH BENCH WARRANT |
| CAL-USA BROKERS INC., et al. ) | AS TO HENRY MANETTAS |
| ) | |
| Defendants. ) | |
| ) | |

The record in the above-entitled action reflects that on October 14, 2010, a bench warrant was issued for the arrest of defendant HENRY MANETTAS for contempt of court, failure to appear for a hearing set before the Honorable Philip M. Pro, U.S. District Judge (ECF No. 27).

On March 14, 2011, a default judgment was entered against defendants CAL-USA BROKERS, INC. and HENRY MANETTAS (ECF No. 46). A final judgment (ECF No. 56) was entered on June 14, 2011 and the case was closed.

On December 2, 2016, the United States Marshal Service advised the Clerk's Office for the District of Nevada that they have not been able to locate the defendant to execute the warrant.

**IT IS HEREBY ORDERED** that the Bench Warrant (ECF No. 28) for defendant HENRY MANETTAS is **QUASHED**.

Dated this  22  day of   December  , 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court